[No. 28978-8-III.   Division Three.   February 10, 2011.]

WELLS FARGO BANK, *Respondent*, v. ROBERT R. MAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 06-2-00203-0, John Hotchkiss, J., entered March 26, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[No. 63661-8-I.   Division One.   February 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DEAN WILKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06540-3, James R. Orlando, J. Pro Tem., entered May 29, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Becker, JJ.

[No. 63758-4-I.   Division One.   February 14, 2011.]

DICK PELASCINI ET AL., *Appellants*, v. VILA PACE-KNAPP, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-05601-2, Suzanne M. Barnett, J., entered June 12, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Becker and Lau, JJ.

[No. 64068-2-I.   Division One.   February 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH DAVID MASSINGALE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00996-2, Dave Needy, J., entered August 13, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Spearman, JJ.